FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

**O R D E R**

Appellant's brief was due to be filed on December 12, 2013. This court granted Appellant's first and second motions for extension of time to file the brief until January 24, 2014. On January 27, 2014, Appellant filed an unopposed third motion for extension of time to file the brief until February 24, 2014, for a total extension of seventy-four days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than February 24, 2014. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file the brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court